**In re R.I.S.**

**Petition of C.S., Father.**

**In re A.I.S.**

**Petition of C.S., Father.**

**In the Interest of R.I.S., Minor.**

**Petition of C.S., Father.**

**In the Interest of A.I.S., Minor.**

**Petition of C.S., Father.**

Supreme Court of Pennsylvania.

March 25, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2011, the Petition for Allowance of Appeal is **GRANTED** on the following issue:

Whether the Superior Court erred in reversing the trial court's placement goal determination and in relying solely on the fact of Petitioner's incarceration to terminate his parental rights.

**Linda Anne WALLS (Stanton), Petitioner**

**v.**

**Sherwood Perry STANTON, Jr., Respondent.**

Supreme Court of Pennsylvania.

Nov. 21, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2011, the Petition for Allowance of Appeal and "Application for Leave to File Rebuttal of Respondent's Answer to Petition for Allowance of Appeal" are denied.